395 A.2d 1006

Commonwealth v. Longenberger, Appellant.

Submitted June 12, 1978. Michael J. Irey, for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.